In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Lands Required for the Opening of Hawkstone Street.

　　　　CITY REAL ESTATE COMPANY, Appellant.

*Matter of City of New York (Hawkstone St.),* 137 App. Div. 630, affirmed.

(Argued September 28, 1910; decided October 18, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1910, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment.

*Benjamin N. Cardozo* and *Harold Swain* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly, Joel J. Squier* and *L. Howell La Motte* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.